Case 4:26-cr-00089   Document 1   Filed 02/24/26 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED

*February 24, 2026*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Criminal No.  **4:26-cr-089** |
| v. | § § § | **Counts 1 -4:** Wire Fraud, 18 U.S.C. 1343 |
| ARIEL E. SEPULVEDA, Defendant. | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE: WIRE FRAUD
### (18 U.S.C. § 1343)

On or about May 3, 2022, in the Southern District of Texas and elsewhere, the defendant,

## ARIEL SEPULVEDA

did intentionally and knowingly devise a scheme and artifice to defraud MidFirst Bank, by means of materially false and fraudulent pretenses and representations, specifically by submitting false and fraudulent documents purporting to show business collateral that he did not possess to induce MidFirst Bank to disperse business loan monies via Loan Number 1295xx, causing MidFirst Bank to transmit said monies to a bank account solely controlled by Sepulveda, namely Bank of America account number xx3841, all of which were transmitted through interstate commerce via a wire transaction in the amount of $200,000.00 between MidFirst Bank located Oklahoma City, Oklahoma, and the defendant's Bank of America account, located in Charlotte North Carolina and

Houston, Texas in furtherance of executing the scheme.

All in violation of 18 U.S.C. § 1343.

## COUNT TWO: WIRE FRAUD
**(18 U.S.C. § 1343)**
On or about June 7, 2022, in the Southern District of Texas and elsewhere, the defendant,

## ARIEL SEPULVEDA

did intentionally and knowingly devise a scheme and artifice to defraud MidFirst Bank, by means of materially false and fraudulent pretenses and representations, specifically by submitting false and fraudulent documents purporting to show business collateral that he did not possess to induce MidFirst Bank to disperse business loan monies via Loan Number 13004xx, causing MidFirst Bank to transmit said monies to a bank account solely controlled by Sepulveda, namely Regions Bank account number xx3289, all of which were transmitted through interstate commerce via a wire transaction in the amount of $336,500.00 between MidFirst Bank, located in Oklahoma City, Oklahoma, and the defendant's Regions Bank, located Birmingham, Alabama, and Houston, Texas in furtherance of executing the scheme.

All in violation of 18 U.S.C. § 1343.

## COUNT THREE: WIRE FRAUD
**(18 U.S.C. § 1343)**
On or about June 9, 2022, in the Southern District of Texas and elsewhere, the defendant,

## ARIEL SEPULVEDA

did intentionally and knowingly devise a scheme and artifice to defraud MidFirst Bank, by means of materially false and fraudulent pretenses and representations, specifically by submitting false

2

and fraudulent documents purporting to show business collateral that he did not possess to induce MidFirst Bank to disperse business loan monies via Loan Number 13007xx, causing MidFirst Bank to transmit said monies to a bank account solely controlled by Sepulveda, namely Regions Bank account number xx3289, all of which were transmitted through interstate commerce via a wire transaction in the amount of $186,400.00 between MidFirst Bank, located in Oklahoma City, Oklahoma, and the defendant's Regions Bank, located Birmingham, Alabama, and Houston, Texas in furtherance of executing the scheme.

All in violation of 18 U.S.C. § 1343.

## COUNT FOUR: WIRE FRAUD
### (18 U.S.C. § 1343)

On or about June 23, 2022, in the Southern District of Texas and elsewhere, the defendant,

## ARIEL SEPULVEDA

did intentionally and knowingly devise a scheme and artifice to defraud MidFirst Bank, by means of materially false and fraudulent pretenses and representations, specifically by submitting false and fraudulent documents purporting to show business collateral that he did not possess to induce MidFirst Bank to disperse business loan monies via Loan Number 13004xx, causing MidFirst Bank to transmit said monies to a bank account of a co-conspirator known to this Grand Jury, namely Regions Bank account number xx2706, all of which were transmitted through interstate commerce via a wire transaction between MidFirst Bank, located in Oklahoma City, Oklahoma, and the co-conspirator's account at Regions Bank, located Birmingham, Alabama, and Houston, Texas in furtherance of executing the scheme.

All in violation of 18 U.S.C. § 1343.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

28. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant that in the event of their conviction of any of the offenses charged in Counts One through Four of this Indictment, all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, is subject to forfeiture.

### *Money Judgment and Substitution Assets*

29. Defendant is notified that upon conviction, the United States will seek a money judgment against him. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment against that defendant.

    NICHOLAS J. GANJEI
    United States Attorney
    Southern District of Texas

By: *Thomas H Carter*
    THOMAS H. CARTER
    Assistant United States Attorney
    Southern District of Texas

    Original Signature on File
    _____
    Foreperson Signature